7

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**Entered**
FEB 1 8 1999
Michael N. Milby
Clerk of Court
By: _____

Monica Garcia, Individually
& As Next Friend of
Delilah Vivar Garcia
versus
Michael Jay Platt and
Trailer Transit, Inc.

§
§
§
§
§
§

CIVIL ACTION B- 98-139

## Scheduling Order

1. Trial: Estimated time to try: 2 1/2 days.     ☐ Bench   ☑ Jury

2. New parties must be joined by:    August 9, 1999

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    August 9, 1999

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    Sept. 6, 1999

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:    August 9, 1999

***********************************************************************

7. Joint pretrial order is due:    09-17-99

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    09-30-99

   *The case will remain on standby until tried.*

Signed _Feby 18_, 199_9_, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge