IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MONICA GARCIA, INDIVIDUALLY AND AS NEXT FRIEND OF DELILAH VIVAR GARCIA | * * * * |
| VS. | * * CIVIL ACTION NO. B-98-139 |
| MICHAEL JAY PLATT AND TRAILER TRANSIT, INC. | * * |

### ORDER ON MOTION FOR APPOINTMENT OF ATTORNEY AD LITEM

On this date came on to be heard, the Motion of MONICA GARCIA, the Movant and natural guardian of DELILAH VIVAR GARCIA, Minor, for appointment of Attorney ad Litem to represent the interest of DELILAH VIVAR GARCIA, who is a minor and incapable of self-representation in the settlement of the above-captioned case. After consideration of the Motion, the evidence on record, and the argument of counsel, the Court finds that **LETICIA BARGUIARENA** is a competent attorney of good judgment and character and is well qualified to represent the interest of the minor, DELILAH VIVAR GARCIA. Therefore, the following Order shall be entered.

IT IS ORDERED that **LETICIA BARGUIARENA** be and is hereby appointed Attorney ad Litem to represent the interest of DELILAH VIVAR GARCIA, who is incapable of self-representation for the reason of her minority status, to represent her interest in the settlement of the above-styled and numbered cause. A reasonable fee for her services and expenses are to be taxed as costs of court herein.

SIGNED this the 3rd day of May 1999.

_____
JUDGE PRESIDING