15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MONICA GARCIA, INDIVIDUALLY AND AS NEXT FRIEND OF DELILAH VIVAR GARCIA | * * * * |
| VS. | * CIVIL ACTION NO. * B-98-139 * |
| MICHAEL JAY PLATT AND TRAILER TRANSIT, INC. | * * * |

### ORDER GRANTING UNOPPOSED MOTION FOR REMAND

BE IT REMEMBERED that the Court considered the Unopposed Motion for Remand filed by the Plaintiffs in the above-styled and numbered civil action and that the Court is of the opinion that this case should therefore be Remanded to State Court as to the claim filed against Defendant MICHAEL JAY PLATT AND TRAILER TRANSIT, INC.

IT IS THEREFORE ORDERED, that Plaintiffs' Unopposed Motion to Remand this claim to State Court should be and is hereby GRANTED.

SIGNED FOR ENTRY this _26_ day of May, 1999.

_____
JUDGE PRESIDING